CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 11 2020

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CYNTHIA D., ) | |
| ) | |
| Plaintiff, ) | Case No. 4:18-cv-00036 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL ) | By: Hon. Jackson L. Kiser |
| SECURITY, ) | Senior United States District Judge |
| ) | |
| Defendant. ) | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I grant the Commissioner's Motion for Summary Judgment and affirm the Commissioner's final decision. The R&R was filed on December 26, 2019, and the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the R&R [ECF No. 25] shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment [ECF No. 23] is **GRANTED** and the final decision of the Commissioner is **AFFIRMED**. The clerk is directed to remove this case from the active docket of the court.

The clerk is directed to send a copy of this Order to all counsel of record and to Magistrate Judge Hoppe.

**ENTERED** this 11th day of February, 2020.

                                                s/Jackson L. Kiser
                                                SENIOR UNITED STATES DISTRICT JUDGE